# Court of Appeals
# of the State of Georgia

ATLANTA, November 27, 2024

*The Court of Appeals hereby passes the following order:*

**A25D0135. RUBEN GARZA v. THE STATE.**

Ruben Garza has been charged with several criminal offenses. On June 14, 2024, the magistrate court entered an order binding Garza's prosecution over to the superior court. On November 4, 4024, Garza filed this pro se application for discretionary appeal. We lack jurisdiction.

Pretermitting whether this case is properly before this Court, Garza's application is untimely. An application for discretionary review must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Garza's application was untimely filed 143 days after entry of the order he seeks to appeal.

Accordingly, Garza's application for discretionary appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/27/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*